## 17753.  MORGAN v. THE STATE.

BROYLES, C. J.  The evidence authorized the verdict, and, under the facts of the case, the grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Fornication; from Gordon superior court—Judge Tarver.  October 9, 1926.

*F. A. Cantrell, J. M. Lang,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 248, n. 3; p. 255, n. 53.
Fornication, 26 C. J. p. 993, n. 40.